# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Garmo

V.

Wells Fargo Bank, N.A.; Wells Fargo Home Loans;
First American Loanstar Trustee Services;
Does 1 to 100

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv1128-MMA(BGS)

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Wells Fargo's motion and dismisses this action as to all defendants. The Clerk of Court is ordered to close the case file..................................................................................................
........................................................................................................................................

| July 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 30, 2010

10cv1128-MMA(BGS)